1 | KELLY H. ARMSTRONG, ESQ. (SBN: 213036)
2 | THE ARMSTRONG LAW FIRM
    1592 Union Street, 1st Floor
3 | San Francisco, California 94123
    Telephone (415) 928-1293
4 | Facsimile (415) 928-1294

5 | LAWRENCE A. ORGAN, ESQ. (SBN 175503)
    LAW OFFICES OF LAWRENCE A. ORGAN
6 | 736 43rd Avenue
    San Francisco, California 94121
7 | Telephone (415) 302-2901
    Facsimile (415) 460-0422

8 | Attorneys for Plaintiffs
    VICTORIA ROGER-VASSELIN et al
9 |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA ROGER-VASSELIN, KENNETH ARRICK, RICHARD KITTNER,

    Plaintiffs,

vs.

MARRIOTT INTERNATIONAL, INC., RICK OWEN and DOES 1-50, inclusive,

    Defendants.

Case No. C 04-04027 TEH

**SUBSTITUTION OF ATTORNEY**

---

SUBSTITUTION OF ATTORNEY      1      CASE NO. C 04-04027 TEH

Dennis McAteer, Law Offices of Dennis McAteer, 610 Polk Street, Suite 310, San Francisco, California at (415) 928-3410 agrees to be substituted out of the above-entitled case as former attorney for Plaintiffs Victoria Roger-Vasselin, Richard Kittner and Kenneth Arrick.

DATE: August ___, 2005

                 _____
                 DENNIS McATEER

Kelly H. Armstrong, The Armstrong Law Firm, 1592 Union Street, 1st Floor, San Francisco, California, 94123 at (415) 928-1293 agrees to substitute into the above-entitled case as attorney for Plaintiffs Victoria Roger-Vasselin, Richard Kittner and Kenneth Arrick.

DATE: August 12, 2005

                 */s/ Kelly H. Armstrong*_____
                 KELLY H. ARMSTRONG

Lawrence A. Organ of Law Offices of Lawrence A. Organ 736 43rd Avenue San Francisco, California at (415) 302-2901 agrees to substitute into the above-entitled case as attorney for Plaintiffs Victoria Roger-Vasselin, Richard Kittner and Kenneth Arrick.

DATE: August 12, 2005

                 _____
                 LAWRENCE A. ORGAN

I consent to the substitution.

DATE: August ___, 2005

                 _____
                 PLAINTIFF VICTORIA ROGER-VASSELIN

1  I consent to the substitution.

2  DATE: August ___, 2005                                  _____
3                                                          PLAINTIFF RICHARD KITTNER
4
5  I consent to the substitution.

6  DATE: August ___, 2005                                  _____
7                                                          PLAINTIFF KENNETH ARRICK

8  IT IS SO ORDERED.

9  DATE: August ___, 2005
10                                                         Honorable Thelton E. Henderson

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Thelton E. Henderson]*

SUBSTITUTION OF ATTORNEY                 3                 CASE NO. C 04-04027 TEH