1  JAMES E. BODDY, JR. (BAR NO. 65244)
   KATHRYN M. DAVIS (BAR NO. 203454)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522

5  Attorneys for Defendants
   MARRIOTT INTERNATIONAL, INC.,
6  MARRIOTT OWNERSHIP RESORTS, INC.
   d/b/a MARRIOTT VACATION CLUB
7  INTERNATIONAL, RITZ-CARLTON
   DEVELOPMENT COMPANY,
8  d/b/a THE RITZ-CARLTON CLUB, and RICK OWEN

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 | VICTORIA ROGER-VASSELIN, | No. C 04-04027-TEH |
   | KENNETH M. ARRICK, RICHARD KITTNER, | |
14 | | **JOINT STIPULATION REQUESTING** |
   | Plaintiffs, | **EXTENSION OF DISCOVERY** |
15 | | **DEADLINES** |
   | v. | |
16 | | |
   | MARRIOTT INTERNATIONAL, INC., | |
17 | MARRIOTT OWNERSHIP RESORTS, INC. | |
   | d/b/a MARRIOTT VACATION CLUB | |
18 | INTERNATIONAL, RITZ-CARLTON | |
   | DEVELOPMENT COMPANY, | |
19 | d/b/a THE RITZ-CARLTON CLUB, RICK | |
   | OWEN, and DOES 1 through 50, inclusive, | |
20 | | |
   | Defendants. | |
21

22     The parties through their respective counsel jointly request that the court extend certain
23 discovery deadlines in this case as described below. Presently, the discovery cutoff is May 1, 2006.
24 The parties jointly request the following:
25     1. That each side be allowed to serve interrogatories, requests for production, and requests for
26 admission on April 3, 2006, with responses due to be served by hand on May 3, 2006.
27
28

JOINT STIPULATION REQUESTING EXTENSION OF DISCOVERY DEADLINES                              1
No. C 04-04027 TEH
SF-2106668

1    2. That Plaintiffs be permitted to take the following depositions after May 1, 2006, to be
2    completed not later than May 11, 2006: Maria Cameron; Linda Moorman; Dan Bruder; Ivan Skoric;
3    Gary Hughes; Mike Davis; and Jessica Wyant.

4    The parties make this request to accommodate scheduling conflicts arising from Defendants'
5    business needs and counsel's schedules.

6    This is the first request for extension by the parties, and the request will not affect any other
7    deadlines set in this case.

Dated: April 3, 2006

JAMES E. BODDY, JR.
KATHRYN M. DAVIS
MORRISON & FOERSTER LLP

By: _____
James E. Boddy, Jr.

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC., MARRIOTT OWNERSHIP RESORTS, INC. d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, RITZ - CARLTON DEVELOPMENT COMPANY, d/b/a THE RITZ-CARLTON CLUB, and RICK OWEN

Dated: April 3, 2006

KELLY H. ARMSTRONG
THE ARMSTRONG LAW FIRM

By: _____
Kelly H. Armstrong

Attorneys for Plaintiffs
VICTORIA ROGER-VASSELIN, KENNETH M. ARRICK, and RICHARD KITTNER

1  **ORDER REGARDING STIPULATED REQUEST FOR DISCOVERY EXTENSION**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: April 4, 2006                                   By: _____
                                                              Hon. Thelton E. Henderson

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Thelton E. Henderson]*