IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER-VASSELIN, et al.                                No. C 04-04027 TEH

    Plaintiff,                                **ORDER OF REFERENCE**

v.

MARRIOTT INTERNATIONAL, INC., et al.

    Defendant.

    Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated:   04/06/06

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE