UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTORIA ROGER-VASSELIN, et al., | ) ) | |
| | ) | No. C04-4027 TEH (BZ) |
| Plaintiff(s), | ) | |
| | ) | **INITIAL DISCOVERY ORDER** |
| v. | ) | |
| | ) | |
| MARRIOTT INTERNATIONAL, INC., et al., | ) ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1

1   Court **before** filing any discovery motions or other papers.

2   The party seeking discovery shall request a conference in a

3   letter served on all parties not exceeding two pages (with no

4   attachments) which briefly explains the nature of the action

5   and the issues in dispute.  Other parties may reply in similar

6   fashion within two days of receiving the letter requesting the

7   conference.  The Court will contact the parties to schedule

8   the conference.

9      After the conference with the Court, if filing papers is

10   deemed necessary, they should be filed **electronically** with the

11   Clerk's Office, with **one hard copy delivered directly to**

12   **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A

13   chambers copy of all briefs shall be submitted on a diskette

14   formatted in WordPerfect 6, 8, 9 or 10 or may be e-mailed to

15   the following address: bzpo@cand.uscourts.gov

16   Dated: April 7, 2006

17

18

19                        Bernard Zimmerman
                  United States Magistrate Judge

20

21   G:\BZALL\-REFS\ROGER-VASSELIN\INITIAL.DISC.ORDER.wpd

22

23

24

25

26

27

28

2