IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA ROGER-VASSELIN, et al.,

        Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC., et al.,

        Defendants.

NO. C04-4027 TEH

ORDER RESCHEDULING HEARINGS ON DEFENDANTS' MOTIONS

    The Court is in receipt of the five motions filed by Defendants and noticed for hearing on May 15, 2006. Due to the Court's unavailability on that date, the hearings on all five motions shall be continued to **Monday, May 22, 2006, at 10:00 AM.** <u>This change in hearing date does not alter the briefing schedule</u>. Thus, all opposition briefs shall be filed on or before **April 24, 2006,** and all reply briefs shall be filed on or before **May 1, 2006.**

**IT IS SO ORDERED.**

Dated: 04/12/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT