IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROGER-VASSELIN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>　　　　　　　Defendants. | NO. C04-4027 TEH<br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO FILE CORRECTIVE SURREPLY |

The Court is in receipt of Plaintiffs' request to file a surreply to correct Plaintiffs' mistaken reliance on a three-year statute of limitations for claims under the Age Discrimination in Employment Act ("ADEA"). Plaintiffs' request is GRANTED, but Defendants shall be given the opportunity to respond to Plaintiffs' brief argument that summary judgment should still be denied even when the proper ADEA statute of limitations is applied. Accordingly, Defendants may, at their option, file a supplemental reply brief of no more than three pages on or before **Wednesday, May 10, 2006.**

**IT IS SO ORDERED.**

Dated:　05/05/06

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT