UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROGER-VASSELIN, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>    Defendant(s). | No. C04-4027 TEH (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

Having read plaintiffs' letter dated May 9, 2006, **IT IS HEREBY ORDERED** as follows:

1. Marriott shall file its position on the disputed documents in a two page letter by **5:00 p.m. on May 10, 2006**.

2. A telephone conference to attempt to resolve this dispute informally is scheduled for **Thursday, May 11, 2006 at 3:00 p.m.** Counsel for plaintiff shall get counsel for all interested parties on the phone and contact chambers at **415-522-4093**.

Dated: May 9, 2006

                                                                   _Bernard Zimmerman_
                                                                   Bernard Zimmerman
                                                                   United States Magistrate Judge

G:\BZALL\-REFS\ROGER-VASSELIN\DISC2.ORDER.wpd