UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROGER-VASSELIN, et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>　　　　Defendant(s). | No. C04-4027 THE (BZ)<br><br>**DISCOVERY ORDER REQUIRING DOCUMENT PRODUCTION AND SETTING BRIEFING SCHEDULE** |

　　The court held a telephone conference on May 11, 2006 on the outstanding discovery issues in the parties' letters dated May 9, 2006 and May 10, 2006.  Both sides were represented by counsel.  Having reviewed the documents relating to the prior complaint involving Mr. Owen, **IT IS ORDERED** that such documents are discoverable and shall be produced.

　　In accordance with the court's views expressed at the telephone conference, **IT IS FURTHER ORDERED** that plaintiff is granted leave to file a motion on the issues discussed at the conference on **May 19, 2006.**  Any opposition shall be filed by on **May 26, 2006,** and any reply shall be filed by on **June 1,**

1

**2006.** The court will schedule a hearing if one is deemed necessary.

Dated: May 12, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ROGER-VASSELIN\BRIEF.DISC3.ORDER.wpd