1  LAWRENCE A. ORGAN (SBN 175503)
   LAW OFFICES OF LAWRENCE A. ORGAN
2  larryaorgan@aol.com
   404 San Anselmo Avenue
3  San Anselmo, CA  94960
   Telephone: 415-302-2901
4  Facsimile: 415-460-0422

5  MICHAEL W. BIEN (SBN 96891)
   GAY C. GRUNFELD (SBN 121944)
6  ggrunfeld@rbalaw.com
   JANET C. TUNG (SBN 231682)
7  LORI E. RIFKIN (Pro Hac Vice)
   ROSEN, BIEN & ASARO, LLP
8  155 Montgomery Street, 8th Floor
   San Francisco, CA  94104
9  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
10
   KELLY H. ARMSTRONG (SBN 213036)
11 THE ARMSTRONG LAW FIRM
   kellyalaw@aol.com
12 807 Montgomery Street
   San Francisco, CA 94133
13 Telephone: 415-928-1293
   Facsimile: 415-928-1294
14
   Attorneys for Plaintiffs
15
                IN THE UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17
                     SAN FRANCISCO DIVISION
18

| | |
|---|---|
| VICTORIA ROGER-VASSELIN, KENNETH ARRICK, RICHARD KITTNER, | Case No. C 04 4027(TEH) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE MOTIONS *IN LIMINE*** |
| v. | Action Filed: August 5, 2004<br>Trial Date:    June 27, 2006<br>Judge:         Hon. Thelton E. Henderson |
| MARRIOTT INTERNATIONAL, INC., MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, RITZ-CARLTON DEVELOPMENT COMPANY d/b/a THE RITZ-CARLTON CLUB, RICK OWEN and DOES 1-50, | |
| Defendants. | |

Whereas, this Court's Pretrial Order of December 21, 2005, requires counsel to meet and confer prior to filing motions *in limine*, and

Whereas, counsel for plaintiffs and defendants in the above-captioned case have met and conferred and reached agreement on certain of the proposed motions;

Now therefore, plaintiffs and defendants, by and through their counsel of record, hereby stipulate and agree that, during the jury trial of this case, this Court shall order and instruct, before trial and before selection of the jury, defendants, their attorneys, and their witnesses not to directly or indirectly mention, refer to, interrogate concerning, or attempt to convey to the jury in any manner any of the facts indicated below without first obtaining the permission of the Court outside the presence and hearing of the jury:

1. Any statement that Marriott International, Inc. or Marriott Ownership Resorts, Inc. dba Marriott Vacation Club International ("MVCI") or the Ritz Carlton Development Company dba Ritz Carlton Club ("Ritz Carlton Club") are not liable for Rick Owen's discrimination or harassment or retaliation on the basis that Mr. Owen's acts were outside the scope of his employment.

2. Any statement that Rick Owen was not a supervisor for MVCI.

3. Any evidence regarding plaintiff Kenneth Arrick's history of alcoholism.

4. Any evidence regarding plaintiff Kenneth Arrick's past suspension from the State Bar of Arizona.

5. Any evidence regarding plaintiff Kenneth Arrick or Victoria Roger-Vasselin's proceeds from the disability insurance they personally purchased.

6. Any evidence related to allegations of any party's use of illegal substances prior to employment at Marriott.

7. Any evidence regarding plaintiffs' marital histories.

8. Any evidence related to allegations of sexual harassment against plaintiff Richard Kittner.

9. Any evidence related to plaintiff Victoria Roger-Vasselin's claims of sexual harassment by her former employer.

1  In addition, plaintiffs and defendants, by and through their counsel of record, hereby
2  stipulate and agree that, during the jury trial of this case, this Court shall order and instruct,
3  before trial and before selection of the jury, plaintiffs, their attorneys, and their witnesses
4  not to directly or indirectly mention, refer to, interrogate concerning, or attempt to convey to
5  the jury in any manner any of the facts indicated below without first obtaining the
6  permission of the Court outside the presence and hearing of the jury:

7      1.    Lawsuits against MVCI that do not involve failure to prevent discrimination,
8  retaliation, age discrimination or harassment.

9      2.    Any evidence related to allegations of any party's use of illegal substances
10  prior to employment at Marriott.

11  Plaintiffs and defendants further stipulate and agree to the following: 1) that no
12  witnesses, other than the parties and their expert witnesses, shall be allowed in the
13  courtroom during trial; 2) that plaintiffs are not claiming economic damages for any denial
14  of promotion that is not listed in Exhibit A attached hereto and incorporated herein by
15  reference. Plaintiff Kenneth Arrick does not claim economic damages for any time prior to
16  2000. Plaintiff Victoria Roger-Vasselin does not claim economic damages for any time
17  prior to 2003; and 3) at all relevant times, defendant Rick Owen was an employee of MVCI
18  rather than the Ritz Carlton Club.

19  It is so stipulated.

20  Dated: June 5, 2006

*s/James Boddy/s*
James Boddy
Morrison & Foerster LLP
Attorneys for Defendants

23  Dated: June 5, 2006

*s/Gay Crosthwait Grunfeld/s*
Gay Crosthwait Grunfeld
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

## ORDER

This Court, having reviewed the above Stipulation and good cause appearing, hereby enters the Stipulation as an Order in the trial of this matter.

It is so ordered.

Dated: June 6, 2006

_____
Thelton E. Henderson
United States District Judge

**Exhibit A to Stipulation and [Proposed] Order re Motions** *In Limine*

|    | Plaintiff | Position/ Location | Date Position Filled |
|----|-----------|--------------------|----------------------|
| 1  | Arrick    | Project Director, Singer Island Palm Beach Shores, FL | 1998 |
| 2  | Arrick    | Sales Manager, Newport Beach Newport Beach, California | 1998 |
| 3  | Arrick    | Director of Sales, Park City Park City, Utah | 1998 |
| 4  | Arrick    | Project Director, Kauai Lihue-Kauai, Hawaii | 1998 |
| 5  | Arrick    | Director of Sales, Boston Boston Massachusetts | 1998 |
| 6  | Arrick    | Director of Sales, Singer Island Palm Beach Shores, Florida | 1998 |
| 7  | Arrick    | Project Director, Maui Lahaina, Hawaii | 1998 |
| 8  | Arrick    | Project Director, Doral Miami Florida | 1998 |
| 9  | Arrick    | Project Director, Seaview Galloway, New Jersey | 1998 |
| 10 | Arrick    | Project Director, St. Thomas St. Thomas, Virgin Islands | 1998 |
| 11 | Arrick    | Sales Manager, Maui Lahaina, Hawaii | 1998 |
| 12 | Arrick    | Project Director, Aruba Palm Beach, Aruba | 1999 |
| 13 | Arrick    | Sales Manager II, Maui Lahaina, Hawaii | 1999 |
| 14 | Arrick    | Sales Manager II, Maui Lahaina, Hawaii | 1999 |
| 15 | Arrick    | Sales Manager II, Maui Lahaina, Hawaii | 2000 |

**Exhibit A to Stipulation and [Proposed] Order re Motions *In Limine***

|    | Plaintiff | Position/Location | Date Position Filled |
|----|-----------|-------------------|----------------------|
| 16 | Arrick | Sales Manager I, Maui<br>Lahaina, Hawaii | 2000 |
| 17 | Arrick | Sales Manager I, Maui<br>Lahaina, Hawaii | 2000 |
| 18 | Arrick | Sr. Sales Manager, Ko'Olina<br>Kapolei, Hawaii | 2000 |
| 19 | Arrick | Project Director, Phuket<br>Phuket, Thailand | 2000 |
| 20 | Arrick | Director of Sales, Lake Tahoe<br>South Lake Tahoe, California | 2001 |
| 21 | Arrick | Director of Sales, Canyon Villas<br>Phoenix, Arizona | 2001 |
| 22 | Arrick | Project Director, Doral<br>Miami, Florida | 2002 |
| 23 | Arrick | Project Director, Legend's Edge<br>Panama City, Florida | 2002 |
| 24 | Arrick | Director of Sales, Aspen<br>Aspen, Colorado | 2002 |
| 25 | Arrick | Project Director, Kauai<br>Lihue-Kauai, Hawaii | 2002 |
| 26 | Arrick | Director of Sales, Maui<br>Lahaina, Hawaii | 2002 |
| 27 | Arrick | Project Director, London<br>London, United Kingdom | 2003 |
| 28 | Arrick | Director of Sales, London<br>London, United Kingdom | 2002 |
| 29 | Arrick | Director of Sales, Marbella<br>Marbella, Spain | 2004 |
| 30 | Arrick | Director of Sales, Maui<br>Lahaina, Hawaii | 2004 |

sf-2140608

2

**Exhibit A to Stipulation and [Proposed] Order re Motions *In Limine***

|    | Plaintiff | Position/Location | Date Position Filled |
|----|-----------|-------------------|----------------------|
| 31 | Arrick | Project Director, St Thomas<br>St. Thomas, Virgin Island | 2004 |
| 32 | Arrick | Project Director, Canyon Villas<br>Phoenix, Arizona | 2004 |
| 33 | Arrick | Project Director, Phuket<br>Phuket, Thailand | 2004 |
| 34 | Kittner | Director of Sales, Aspen<br>Aspen, Colorado | 2003 |
| 35 | Kittner | Director of Sales, Palm Desert<br>Palm Desert, California | 2003 |
| 36 | Kittner | Sales Manager, Newport Coast<br>Newport Coast, California | 2003 |
| 37 | Kittner | Sales Manager, Newport Coast<br>Newport Coast, California | 2003 |
| 38 | Kittner | Sales Manager, Newport Coast<br>Newport Coast, California | 2003 |
| 39 | Roger-Vasselin | Director of Sales, Newport Coast Villas<br>Newport Coast, California | 1999/2000 |
| 40 | Roger-Vasselin | Director of Sales, Canyon Villas<br>Phoenix, Arizona | 2000/2001 |
| 41 | Roger-Vasselin | Sr. Sales Manager, Newport Coast Sales<br>Newport Coast, California | 2000 |
| 42 | Roger-Vasselin | Director of Sales, Bachelor's Gulch<br>Bachelor's Gulch, Colorado | 2001 |
| 43 | Roger-Vasselin | Project Director, Kauai<br>Lihue-Kauai, Hawaii | 2001/2002 |
| 44 | Roger-Vasselin | Project Director, Aspen<br>Aspen, Colorado | 2003 |

**Exhibit A to Stipulation and [Proposed] Order re Motions** *In Limine*

|    | Plaintiff | Position/Location | Date Position Filled |
|----|-----------|-------------------|----------------------|
| 45 | Roger-Vasselin | Project Director, Canyon Villas Phoenix, Arizona | 2004 |
| 46 | Roger-Vasselin | Regional Director of Sales, Ritz-Carlton San Francisco San Francisco, California | 2004 |