IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ROGER-VASSELIN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>  Defendants. | NO. C04-4027 TEH<br><br>ORDER SETTING NEW TRIAL AND PRETRIAL DATES AND VACATING JUNE 26, 2006 CASE MANAGEMENT CONFERENCE |

The Court is in receipt of the parties' joint case management statement filed on June 22, 2006, in which the parties propose a September 26, 2006 trial date. The parties represent that this trial date will allow them time to continue attempting to finalize a settlement agreement while also providing sufficient time to prepare for trial if the case ultimately does not settle. In accord with the parties' joint statement, IT IS HEREBY ORDERED that:

1. Trial in this action, if it does not settle, shall begin on **September 26, 2006, at 8:30 AM.** If necessary, this case may trail a case set to begin trial before this Court on September 12, 2006. The Court will further advise the parties of this possibility at the pretrial conference.

2. The pretrial dates shall be adjusted based on the new trial date. Thus, the following deadlines shall apply:

   a. **August 11, 2006:** Deadline for lead counsel who will try the case to begin meeting and conferring about the preparation of the joint pretrial conference statement.

    b. **September 1, 2006:** Joint pretrial conference statement, proposed jury instructions, proposed special verdict form (if any), and proposed voir dire (if any) due.

    c. **September 5, 2006:** Motions in limine due.

    d. **September 11, 2006, at 3:00 PM:** Pretrial conference held.

    e. **September 12, 2006:** Oppositions to motions in limine due.

    f. **September 19, 2006:** Objections to separately proposed jury instructions and special verdict form (if any) due. Exhibits to be lodged.

The parties are reminded that these are firm dates, and, absent any unforeseen circumstances, the Court does not anticipate granting a second continuance of the trial date.

    IT IS FURTHER ORDERED that the June 26, 2006 case management conference is VACATED. This order resolves the issues that the Court intended to discuss at the case management conference, and the parties therefore need not make an appearance. If the parties believe it would be useful to meet with the Court at any time prior to the pretrial conference, they shall call the Court's courtroom deputy to request a further case management conference.

**IT IS SO ORDERED.**

Dated: 06/23/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT